IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 6:23-CR-03113-1-BCW |
| | ) | |
| GARY E. EDWARDS, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Before the Court is Magistrate Judge Rush's Report and Recommendation that Defendant Gary Edwards should be found competent to proceed in the above-captioned matter (Doc. #29).

On October 24, 2023, Defendant filed a Sealed Motion for Psychiatric Examination to determine the mental competency of Defendant under 18 U.S.C. § 4241. (Doc. #16). Subsequently, on October 25, 2023, Magistrate Judge Rush ordered Defendant's commitment for a psychiatric or psychological examination pursuant to Section 4241(b) and 4247(b). (Doc. #17). Defendant was evaluated at the Metropolitan Correctional Center ("MCC") in Chicago, Illinois, by Dr. Kristin Conlon, Psy.D., Licensed Psychologist, and the January 26, 2024, Forensic Report was filed with the Court on February 6, 2024. (Doc. #25).

On February 22, 2024, Magistrate Judge Rush held a hearing where the only evidence presented was Dr. Conlon's report. (Doc. #27). Dr. Conlon diagnosed Defendant with an unspecified substance-related disorder as well as other specified schizophrenia spectrum and other psychotic disorder. However, Dr. Conlon found Defendant was competent to proceed in the above-captioned matter.

1

Consistent with Dr. Conlon's unchallenged report, Magistrate Judge Rush issued the instant Report and Recommendation emphasizing that Defendant should be found competent to stand trial. Neither party filed an objection to the Report and Recommendation.

After an independent review of the record, the applicable law, and the parties' arguments, the Court adopts Magistrate Judge Rush's findings of fact and conclusions of law and finds Defendant Gary Edwards is not currently suffering from a mental disease or defect which would prevent him from understanding the nature and consequences of the proceedings against him or assisting in his defense. Accordingly, it is hereby

ORDERED for the reasons stated in the Report and Recommendation (Doc. #29), the Court finds Defendant COMPETENT to proceed with his case. It is further

ORDERED that Magistrate Judge Rush's Report and Recommendation (Doc. #29), be attached to and made part of this Order.

IT IS SO ORDERED.

DATED: March 21, 2024                                   /s/ Brian C. Wimes
                                                        JUDGE BRIAN C. WIMES
                                                        UNITED STATES DISTRICT COURT

2

Case 6:23-cr-03113-BCW   Document 30   Filed 03/21/24   Page 2 of 2